## The Parties To This Complaint

### The Plaintiff

Name: Joe Daniel Holt, Jr.
Other Name Known By: Joe Holt
ID Number: 240463
Current Institution: Bibb County Correctional Facility
Address: 565 Bibb LN, Brent, Alabama 35034

### The Defendants

#### Defendant No. 1

Name: Gwendolyn Givens
Job or Title (if Known): Warden
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 223 Sasser Drive, Hamilton, Al. 35570
Sued In: Individual Capacity

7:17-cv-00678-AKK-JEO

#### Defendant No. 2

Name: Scarlotte Robinson
Job or Title (if Known): Warden
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 1826 Bexar Ave. E., Hamilton, AL. 35570
Sued In: Individual Capacity

#### Defendant No. 3

Name: Karen Carter
Job or Title (if Known): Warden
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 13501 Plant Rd., Alpine, AL. 35014
Sued In: Individual Capacity

#### Defendant No. 4

Name: Denour Oden
Job or Title (if Known): Sergeant
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 13501 Plant Rd., Alpine, AL. 35014
Sued In: Individual Capacity

## Parties To This Complaint (Cont'd)

### Defendant No. 5

Name: Ronald Carter
Job or Title (if Known): Lieutenant
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 13501 Plant Rd., Alpine, AL 35014
Sued In: Individual Capacity

### Defendant No. 6

Name: Clement Sink
Job or Title (if Known): Sergeant
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 1826 Bexar Ave. E., Hamilton, AL 35570
Sued In: Individual Capacity

### Defendant No. 7

Name: Terry Sweeny
Job or Title (if Known): Lieutenant
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 1826 Bexar Ave. E., Hamilton, AL 35570
Sued In: Individual Capacity

### Defendant No. 8

Name: Nathan Hosch
Job or Title (if Known): Correctional Officer I
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 1826 Bexar Ave. E., Hamilton, AL 35570
Sued In: Individual Capacity;

### Defendant No. 9

Name: Terry Tucker
Job or Title (if Known): Captain
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 1826 Bexar Ave. E., Hamilton, AL 35570
Sued In: Individual Capacity

## Parties To This Complaint (Cont'd)

### Defendant No. 10

Name: James Lovett
Job or Title (if Known): Sergeant
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 223 Sasser Drive, Hamilton, AL 35570
Sued In: Individual Capacity

### Defendant No. 11

Name: Timothy Smith
Job or Title (if Known): Lieutenant
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 1826 Bexar Ave. E., Hamilton, AL 35570
Sued In: Individual Capacity

### Defendant No. 12

Name: Joshua Lynn
Job or Title (if Known): Correctional Officer 1
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 1826 Bexar Ave. E., Hamilton, AL 35570
Sued In: Individual Capacity

### Defendant No. 13

Name: Scotty Shaffer
Job or Title (if Known): Sergeant
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 1826 Bexar Ave. E., Hamilton, AL 35570
Sued In: Individual Capacity

### Defendant No. 14

Name: William Morrison
Job or Title (if Known): Job Placement Officer (JPO)
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 1826 Bexar Ave. E., Hamilton, AL 35570
Sued In: Individual Capacity

## Parties To This Complaint (Cont'd)

### Defendant No. 15

Name: Micheal Hicks
Job or Title (if Known): Correctional Officer. I
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 13501 Plant Rd., Alpine, AL. 35014
Sued In: Individual Capacity

### Defendant No. 16

Name: Thomas Black
Job or Title (if Known): Job Placement Officer (JPO)
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 1826 Bexar Ave. E., Hamilton, AL. 35570
Sued In: Individual Capacity

### Defendant No. 17

Name: Holly Fox
Job or Title (if Known): Classification Specialist
Shield Number: Unknown
Employer: Alabama Department of Corrections (ADOC)
Address: 223 Sasser Drive, Hamilton, AL. 35570
Sued In: Individual Capacity

## Prisoner Status

Convicted and sentenced state prisoner

In The United States District Court For The
Northern District of Alabama

Joe Daniel Holt, Jr.,
    Plaintiff,

v.

Gwendolyn Givens,
Scarlotte Robinson,
Karen Carter,
Denour Oden,
Ronald Carter,
Clement Sink,
Terry Sweeny,
Nathan Hosch,
Terry Tucker,
James Lovett,
Timothy Smith,
Joshua Lynn,
Scotty Shaffer,
William Morrison,
Micheal Hicks,
Thomas Black,
Holly Fox,
    Defendants.

Civil Action No.:
(To Be Applied)

7:17-cv-00678-AKK-JEO

Complaint Under Continuous Tort Act, 18 U.S.C.S.
§§ 241, 242 & 1168 And 42 U.S.C.S. §§ 1981, 1983 And 1985

    Comes now the Plaintiff, Joe Daniel Holt, Jr., in the above-styled cause, by and through the Plaintiff, files this herein complaint under the Continuous Tort Act (due to all State Actors work for ADOC in the State of Alabama and their State Actions was relied on as a whole), 18 U.S.C.S. §§ 241, 242 & 1168 (due to all State Actors has conspired against Plaintiff's rights, has deprived Plaintiff of his rights while acting under color of state law and the state actors stole Plaintiff's Cellphone/Self-Addressed Stamped Envelopes/Manila Envelope Self-Addressed Stamped & Cellphone Box while acting under color of state law) and 42 U.S.C.S §§ 1981, 1983 and 1985 (due to the State Actors has under the 14th Amendment denied Plaintiff equal rights under state law + rules, has deprived Plaintiff of his rights under the 1st Amendment - Freedom of Religion, 5th Amendment - Due Process, 8th Amendment - Cruel and Unusual Punishment, 13th Amendment - Involuntary Servitude, 14th Amendment - Due Process + Equal Protection of Laws and Rules and has conspired to interfere with Plaintiff's civil rights). In support of Plaintiff's complaint, Plaintiff shows the following thereof:

On 11/16/2015, the State Actor (Michael Hicks) at Childersburg Work Release wrote Plaintiff a frivolous behavior citation under #CCBF-15-00774-1, specifically, Rule #309 from the Administrative Regulation (hereafter AR) #403, that provides: "Violation of Institutional Rules (Failure to comply with institutional standard operating procedures)" from AR #403, page #31, for Plaintiff's metal eating spoon that he was transferred from Loxley Work Release with, to Atmore Community Work Facility, to Camden Community Based Facility / Camden Community Work Facility, to Childersburg Community Based Facility / Childersburg Community Work Facility that was not confiscated at intake and the metal eating spoon was still in its original form and had not been altered and was only being used to eat Plaintiff's meals with.

On 09/14/2016, the State Actor (Denour Oden) at Childersburg Work Release wrote Plaintiff a frivolous disciplinary under #CCBF-16-00504-1, specifically, Rule #516 from the AR #403, that provides: "Possession of Contraband (second offense or more in a 12 month period)" from AR #403, page #21, for Plaintiff's thermal drinking cup that he had been taking back and forth to work for months prior to 09/14/2016 and numerous of other inmates possessed thermal drinking cups housed at Childersburg Community Based Facility / Childersburg Community Work Center.

On 09/14/2016, the State Actor (Ronald Carter) at Childersburg Work Release informed the State Actor (Denour Oden) to write Plaintiff a disciplinary for his thermal drinking cup due to Plaintiff requested a property sheet under AR #338 to send his thermal drinking cup home if the thermal drinking cup was not allowed at Childersburg Work Release.

On 09/27/2016, the State Actor (Ronald Carter) at Childersburg Work Release was the hearing officer for the disciplinary under #CCBF-16-00504-1, in violation of the due process requirements under the AR #403, due to the fact he was directly involved in the initiating process of informing State Actor (Denour Oden) to write the disciplinary under #CCBF-16-00504-1, for the thermal drinking cup.

On 10/11/2016, the State Actor (Karen Carter) at Childersburg Work Release approved the disciplinary under #CCBF-16-00504-1, and the sanctions against Plaintiff recommended by the State Actor (Ronald Carter) without investigating the circumstances surrounding the incident and reviewing Plaintiff's status that he was not earning good time and for any low level violation as possession of a thermal drinking cup would have consisted of a citation according to page #22 from the AR #403 (footnote), however, there is no document posted at Childersburg Work Release informing Work Release Inmates that they cannot possess a thermal drinking cup, therefore, the above-listed State Actors are liable to replace the Plaintiff's thermal drinking cup.

On 02/02/2017, the State Actor (Nathan Hosch) at Hamilton Work Release wrote Plaintiff a frivolous disciplinary under #HCBF-17-00097-1, specifically, Rule #516 from the AR#403, that provides: "Possession of Contraband (Second Offense or more in a 12 month period) from AR#403, page #21, for Plaintiff's prayer oil that he was transferred to Hamilton Work Release from Childersburg Work Release with on 10/18/2016 and the prayer oil was not confiscated at intake, however, it must be noted that the disciplinary #HCBF-17-00097-1, was written in violation of Plaintiff's 1st Amendment (Freedom of Religion) to the Constitution of the United States and the due process requirements of the AR#403, specifically, the level of violations (Low/Medium/High), additionally, in the event the prayer oil would have been any violation, it would have been a low level violation under AR#403, specifically, Rule #311 due to the fact that Plaintiff does not earn good time and would have had to be written a citation according to the requirements under AR#403, page #22 (Footnote).

On 02/02/2017, the State Actor (Terry Sweeny) at Hamilton Work Release informed the State Actor (Nathan Hosch) to write Plaintiff a disciplinary for his prayer oil due to the fact that Plaintiff was awaken out of his sleep at approximately 12:00 midnight to be shook down as numerous times prior to 02/02/2017 for no justified reason(s) and after the shakedown on 02/02/2017 Plaintiff was allowed to return to his assigned bed without any disciplinary, however, at approximately 2:45 A.M. on 02/03/2017 after Plaintiff got ready for work and went to the shift office at Hamilton Community Based Facility/Community Work Center (hereafter HCBF/CWC) and requested why do the Correctional Officers keep coming to wake Plaintiff up out of his sleep to shake him down, that's when The State Actor (Terry Sweeny) informed Plaintiff that he would be written a disciplinary for the prayer oil, additionally, prayer oil is kept in the chapel at HCBF/CWC at all times.

On 02/07/2017, the State Actor (Clement Sink) at Hamilton Work Release was the disciplinary hearing officer under disciplinary #HCBF-17-00097-1, and found Plaintiff guilty of Rule Violation #516 from the AR#403, in violation of conspiracy, equal protection of the laws and rules under AR#403, Plaintiff civil rights, the State Actor (Clement Sink) was acting under color of state law in violation of AR# 208 & #403 and Ala. Code § 14-3-13.

On 02/08/2017, the State Actor (Terry Tucker) at Hamilton Work Release approved the disciplinary under #HCBF-17-00097-1, in the space provided for the warden State Actor (Scarlotte Robinson) approval in violation of the requirements under the AR#403, specifically, Section C.2(a) page #12-Line #21 page #35 from AR#403 and failed in whole to investigate the circumstances surrounding the incident and

the requirements under the AR#403 (due process) in violation of conspiracy, equal protection of the laws and rules under AR#208 & #403, Ala. Code §14-3-13, Plaintiff Civil Rights while acting under color of state law.

On or about 02/09/2017, Plaintiff submitted a request to the State Actor (Scarlotte Robinson) and informed her of the matter and she agreed with the State Actors (Nathan Hosch, Clement Sink, Terry Sweeny & Terry Tucker) without investigating the circumstances surrounding the incident in violation of the AR#208 & #403, conspiracy, equal protection of laws and rules under AR#403, Plaintiff Civil Rights while acting under color of state law and Ala. Code §14-3-13.

On 03/22/2017, the State Actors (William Morrison) (Scotty Shaffer) and (Joshua Lynn) came to Plaintiff's employment at King Kutter in Winfield, Alabama around 9:50 A.M., on this same date at approximately 9:45 A.M. at King Kutter in Winfield, Alabama Plaintiff went on his 9:45 A.M. break and fixed him a bowl of cereal and was eating his cereal on his inmate box provided by King Kutter when Plaintiff was approached by the State Actors (William Morrison) (Scotty Shaffer) and (Joshua Lynn) at approximately 9:50 A.M. and requested by the State Actor (William Morrison) to be pat searched down and the State Actors (William Morrison) and (Scotty Shaffer) pat searched Plaintiff and did not confiscate anything illegal from Plaintiff's person.

On 03/22/2017, after the State Actors (William Morrison) and (Scotty Shaffer) did not confiscate anything illegal from Plaintiff's person the State Actors (William Morrison) (Scotty Shaffer) and (Joshua Lynn) requested to search the inmate box provided by King Kutter where the State Actors (William Morrison) & (Scotty Shaffer) confiscated ($96.25) of Plaintiff's U.S. Currency, approximately 10 envelopes addressed to Redstone Federal Credit Union and one (1) empty cellphone box inside of a big manila envelope addressed to Plaintiff's sister (Nearine Holt) with postage stamps attached to the envelope (that was not illegal or contraband at King Kutter in Winfield, Alabama).

After the search of Plaintiff's inmate box at King Kutter in Winfield, Alabama on 03/22/2017 the State Actors (William Morrison) and (Scotty Shaffer) went to some department inside King Kutter in Winfield, Alabama and performed a search while the State Actor (Joshua Lynn) remained by Plaintiff at the inmate's box provided by King Kutter, after the first search was performed the State Actor (William Morrison) and (Scotty Shaffer) returned to the area where the State Actor (Joshua Lynn) and Plaintiff remained at the Plaintiff's box provided by King Kutter with nothing that was confiscated, after the first search was completed and nothing was confiscated the State Actor (Scotty Shaffer)

requested that him and the State Actor (William Morrison) go back and do one more search and the State Actors (William Morrison) and (Scotty Shaffer) returned to the area where the State Actor (Joshua Lynn) and Plaintiff remained at Plaintiff's box provided by King Kutter with a cellphone (that is not illegal or contraband at King Kutter in Winfield, Alabama).

On 03/22/2017, Plaintiff was placed in handcuffs by the State Actor (Joshua Lynn) at approximately 10:05 A.M. where Plaintiff was being paid by production and earning anywhere from $15.00 per hr. - $18.00 per hr., that Plaintiff had been working at King Kutter in Winfield, Alabama since on or about 11/11/2016, and transported back to Hamilton Work Release and written two (2) disciplinaries (1 for Unauthorized Possession of a phone(s)/accessory(s) + 1 for Possession of contraband) and written one (1) behavior citation (for conspiracy to commit a rule violation) by the State Actor (William Morrison) and transferred to Hamilton Aged + Infirmed Facility and placed in Segregation Unit for unjustified reason(s) in violation of the 8th Amendment to the Constitution of the United States, additionally, Plaintiff has a property interest in his employment at King Kutter in Winfield, Alabama to work for paid employment under Ala. Code § 14-8-6 to secure his personal assets while incarcerated in the Alabama Department of Corrections (hereafter ADOC) and whenever released, and not be a liability on the State of Alabama and family members).

On 03/22/2017, the State Actor (Timothy Smith) at Hamilton Work Release recommended sanction(s) against Plaintiff for the behavior citation under Rule #317 from AR #403, Disc #: HCBF-17-00225-2, Conspiracy to commit a rule violation that provides: (Two or more persons collaborating to violate a rule(s) of a minor nature), additionally, the State Actor (Timothy Smith) failed in whole to investigate the circumstances surrounding the citation and recommending the sanction(s) in violation of conspiracy, equal protection of laws and rules under AR #208 + #403, Plaintiff Civil Rights while acting under color of state law and Ala. Code § 14-3-13.

On 03/23/2017, the State Actor (Gwendolyn Givens) at Hamilton Aged + Infirmed Facility approved the behavior citation under Rule #317 from AR #403, Disc #: HCBF-17-00225-2, without investigating the circumstances surrounding the citation and approving the sanction(s) in violation of conspiracy, equal protection of laws and rules under AR #208 + #403, Plaintiff Civil Rights while acting under color of state law and Ala. Code § 14-3-13.

On 03/22/2017, the State Actor (William Morrison) at Hamilton Work Release wrote Plaintiff two (2) disciplinaries under AR #403, specifically, Rule #516 + #528 (Possession of Contraband + Unauthorized possession of a phone(s)/accessory(s)) according to disciplinary numbers

#HCBF-17-00225-3 & HCBF-17-00225-1 in violation of the HCBF/CWC Inmate Orientation Booklet (2016) that on page #9 provides what is contraband at HCBF/CWC Facility not at an inmate(s) place of employment/work site/job site and in violation of the HCBF/CWC Inmate Orientation Booklet (2016) page #11 that provides what the amount of cash draw that can be placed on the inmate(s) Access Debit Card not the amount of U.S. Currency that can be at an inmate's place of employment/work site/job site.

 The actions of the State Actor (William Morrison) on 03/22/2017 was in violation of AR #208 & #403 (the disciplinary # HCBF-17-00225-1, do not provide any color/type or serial number of any cellphone), Ala. Code § 14-3-13, conspiracy, equal protection of laws and rules while acting under color of state law according to AR #208 & #403, Plaintiff Civil Rights while acting under color of state law.

 The actions of the State Actor (James Lovett) on 03/28/2017 was in violation of AR #208 & #403, conspiracy due to he knew or should have known that the disciplinary # HCBF-17-00225-1, did not meet the due process requirements under AR #403

 On 03/29/2017 at approximately 10:08 A.M. while housed at Hamilton Aged & Infirmed Facility Plaintiff was removed from the Segregation Unit E2 with hot & cold running water to Segregation Unit E3 with no hot water and only cold running water, on 04/03/2017 the hot water in Segregation Unit E3 was fixed, additionally, while housed in the Segregation Unit at Hamilton Aged & Infirmed Facility, Plaintiff was only allowed to shower once every other day and was placed in handcuffs to go to the shower and anytime removed out of the Segregation Unit in violation of the 8th Amendment (Cruel and Unusual Punishment) to the Constitution of the United States and the 14th Amendment (Equal Protection Clause) to the Constitution of the United States, also while housed in the Segregation Unit Plaintiff was denied to contact his family or anyone by Phone due to ADOC shutting his phone service off in violation of the 8th Amendment (Cruel and Unusual Punishment) to the Constitution of the United States, and was only allowed to use a battery operated shaver to shave with that was dull and barely would remove any hair from my face.

 On 10/18/2016, Plaintiff was transferred from Childersburg Work Release to Hamilton Work Release and orientated on 10/19/2016 at Hamilton Work Release by the State Actors (William Morrison) and (Thomas D. Black) who are the Job Placement Officers (hereafter JPO) and was informed in orientation that the JPO Officers know that the inmates are using cellphones at their place of employment and the JPO

Officers are not worried about that, JPO Officers just do not want the inmates to leave their place of employment and go anywhere and Plaintiff never left his place of employment and went anywhere from the time he was transported to work until the time the transport van picked the inmates up to transport the inmates back to Hamilton Work Release.

On 04/04/2017, the State Actor (Holly Fox) at Hamilton Aged + Infirmed Facility recommended that Plaintiff's custody be upgraded from Minimum-Out Security I (Work Release) to Medium Security IV (Placed Back Behind Fence) in violation of her duties, conspiracy and the due process requirements of the disciplinary procedures under the AR#403.

The actions of the State Actor (Michael Hicks) on 11/16/2015, has deprived Plaintiff of a property interest in his eating spoon and provided for a frivolous behavior citation to be placed in Plaintiff's institutional file.

The actions of the State Actors (Denour Oden) (Ronald Carter) and (Karen Carter) on 9/14/2016-thru-10/1/2016, has deprived Plaintiff of a property interest in his thermal drinking cup and provided for Plaintiff to work 60 hours involuntary servitude for ADOC and provided for a frivolous disciplinary to be placed in Plaintiff's institutional file.

The actions of the State Actors (Nathan Hosch) (Clement Sink) (Terry Sweeny) (Terry Tucker) and (Scarlotte Robinson) on 02/02/2017-thru-02/09/2017, has deprived Plaintiff of a property interest in his prayer oil, denied Plaintiff of freedom of religion and provided for Plaintiff to work 60 hours involuntary servitude for ADOC and provided for a frivolous disciplinary to be placed in Plaintiff's institutional file.

The actions of the State Actors (William Morrison) (Scotty Shaffer) (Joshua Lynn) (Timothy Smith) (Gwendolyn Givens) and (James Lovett) on 03/22/2017-thru-03/29/2017, has deprived Plaintiff of his Work Release Status/Custody, deprived Plaintiff of a property interest to work for paid employment under Alabama Law, a property interest in the cellphone located at King Kutter in Winfield, Alabama, a property interest in the 10 envelopes addressed to Redstone Federal Credit Union, the empty cellphone box, the $96.25 U.S. Currency and the big manila envelope addressed to Plaintiff's sister (Nearine Holt) with approximately 30 postage stamps attached to be mailed and provided for Plaintiff to work 120 hours involuntary servitude for ADOC, loss of telephone privileges for 105 days, loss of visiting privileges for 240 days, disciplinary segregation for 60 days, recommended for

Plaintiff's custody to be reviewed and deprived Plaintiff of $25.00 for financial compensation from Plaintiff's PMOD Account for the above-listed items being located and confiscated at Plaintiff's place of employment King Kutter in Winfield, Alabama and transported back to Hamilton Work Release by the State Actor (William Morrison) and provided for two (2) frivolous disciplinaries and one (1) frivolous behavior citation to be placed in Plaintiff's institutional file.

The actions of the State Actor (Holly Fox) on April 04, 2017, has made/provided a recommendation that Plaintiff be deprived of his Work Release Custody (Security Level I) and placed in Medium Custody (Security Level IV) and the State Actor (Gwendolyn Givens) on April 04, 2017, agreed with the State Actor (Holly Fox).

The actions of the State Actors (Michael Hicks) (Denour Oden) (Ronald Carter) (Karen Carter) (Nathan Hosch) (Clement Sink) (Terry Sweeny) (Terry Tucker) (Scarlotte Robinson) (William Morrison) (Scotty Shaffer) (Joshua Lynn) (Timothy Smith) (Gwendolyn Givens) (James Lovett) and (Holly Fox) were committed willfully, wantonly, intentionally, maliciously, deliberately, negligently, wrongfully, in bad faith, recklessly and beyond their authority with conscious disregard for the legal rights of Plaintiff and caused Plaintiff embarrassment, humiliation, mental anguish, suffering, loss of employment, lost earnings, emotional distress and deprived Plaintiff of his property interest.

## What Plaintiff Want The Court To Do

Plaintiff wants the Court to grant him a Jury Trial under the 7th Amendment to the Constitution of the United States and Rule 38 Fed. R. Civ. P., to let a jury determine the following: (1) Whether there is an continuous act against the Plaintiff by the State Actors, (2) whether the frivolous disciplinaries #CCBF-16-00504-1, #HCBF-17-00097-1, #HCBF-17-00225-1, and #HCBF-17-00225-3, shall be removed for Plaintiff's institutional file, (3) whether Plaintiff has a property interest in his free world job that he was working for paid employment under Alabama Law §14-8-6 that he was earning between $15.00 per hr. and $18.00 per hr. and was considered a full-time employee, (4) whether Plaintiff shall be awarded punitive damages + compensatory damages for being removed from his full-time employment job and being worked for free labor by ADOC in violation of the 13th Amendment (involuntary servitude) to the Constitution of the United States, (5) whether the defendants shall be reprimanded of their duties and according to AR #208 and Ala. Code §14-3-13, (6) whether the defendants (Denour Oden) (Ronald Carter) + (Karen

Carter) shall replace Plaintiff's thermal drinking cup, (7) whether the frivolous behavior citations #CCBF-15-00774-1 and #HCBF-17-00225-2, shall be removed from Plaintiff's institutional file, (8) whether Plaintiff's cellphone/envelopes self-addressed and stamped to Redstone Federal Credit Union shall be placed in the cellphone box and placed back in the manila envelope addressed to his sister (Nearine Holt) that was at Plaintiff's free world job at King Kutter in Winfield, Alabama and mailed home to Plaintiff's sister, (9) whether Plaintiff shall be compensated for the 61 hours of free labor provided/approved by the State Actors (Scarlotte Robinson) (Terry Sweeny) (Terry Tucker) (Clement Sink) and (Nathan Hosch) at Hamilton Work Release, (10) whether (William Morrison) (Scotty Shaffer) (Joshua Lynn) (James Lovett) (Timothy Smith) and (Gwendolyn Givens) shall compensate Plaintiff his hourly wage of $15.00 per.hr. to $18.00 per.hr. from 03/22/2017 at approximately 10:05 A.M. to the present date until he is returned to King Kutter in Winfield, Alabama excluding Saturdays & Sundays, (11) whether (William Morrison) (Scotty Shaffer) (Joshua Lynn) (James Lovett) (Timothy Smith) and (Gwendolyn Givens) shall replace all of Plaintiff's work release clothes and shoes that had to be removed from the work release facility in Hamilton, Alabama due to their actions, (12) whether all sanctions recommended by (Timothy Smith) on 03/22/2017 and approved by (Gwendolyn Givens) on 03/23/2017 shall be removed, (13) whether all sanctions recommended by (James Lovett) on 03/28/2017 and 03/29/2017 and approved by (Gwendolyn Givens) on 03/29/2017 shall be removed, (14) whether Plaintiff shall immediately be returned to his work release status, (15) whether the $25.00 Contraband Cellphone fee assessed to the Department of Corrections from Plaintiff's PMOD Account on 03/29/2017 shall be reimbursed, (16) whether the $96.25 confiscated from Plaintiff's place of employment King Kutter in Winfield, Alabama from Plaintiff's box provided by King Kutter on 03/22/2017 and frozen on 03/24/2017 by the Department of Corrections shall be unfrozen immediately, (17) whether Plaintiff's frivolous sanctions imposed shall be removed, (18) whether Plaintiff shall be compensated for the 120 hours of free labor provided/approved by (William Morrison) (James Lovett) (Timothy Smith) and (Gwendolyn Givens) at Hamilton Work Release/Hamilton Aged & Infirmed Facility, (19) whether the ADOC is suppose to be designed for rehabilitation for society and not for discrimination to maintain Plaintiff in ADOC. Plaintiff also wants court cost to be reimbursed and assessed to the defendants.

            *Joe Daniel Holt, Jr.*
            Joe Daniel Holt, Jr.

# AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and said County and State of Alabama at large, personally appeared Joe Daniel Holt, Jr., who being known to me and being by me first duly sworn, desposes, and says on oath as follows:

My name is Joe Daniel Holt, Jr., I am currently housed at Bibb County Correctional Facility, 565 Bibb LN, Brent, Alabama 35034 I am over twenty-one (21) years of age and have personal knowledge of the facts set below:

On November 16, 2015, the State Actor (Michael Hicks) at Childersburg Work Release wrote me a behavior citation under Rule #309 from the Administrative Regulation #403 for my eating spoon that I was transferred to Childersburg Work Release with from Camden Work Release that was provided to me at Loxley Work Release and was still in its original form.

On September 14, 2016, the State Actor (Denour Oden) at Childersburg Work Release wrote me a disciplinary under Rule #516 from the Administrative Regulation #403 for my thermal drinking cup that I had in my possession numerous of months prior to September 14, 2016.

On September 27, 2016, the State Actor (Ronald Carter) at Childersburg Work Release found me guilty of the disciplinary under Rule #516 from the Administrative Regulation #403 that was written by the State Actor (Denour Oden) on September 14, 2016.

On October 11, 2016, the State Actor (Karen Carter) at Childersburg Work Release approved the disciplinary and sanctions provided by the State Actor (Ronald Carter) on September 27, 2016.

On February 02, 2017, the State Actor (Nathan Hosch) at Hamilton Work Release wrote me a disciplinary under Rule #516 from the Administrative Regulation #403 for my prayer oil that I was transferred from Childersburg Work Release to Hamilton Work Release with on October 18, 2016.

On February 07, 2017, the State Actor (Clement Sink) at Hamilton Work Release found me guilty of the disciplinary under Rule #516 from the Administrative Regulation #403 that was written by the State Actor (Nathan Hosch) on February 02, 2017.

On February 02, 2017, the State Actor (Terry Sweeny) at Hamilton Work Release informed the State Actor (Nathan Hosch) at Hamilton Work Release to write me the disciplinary for my prayer oil.

On February 08, 2017, the State Actor (Terry Tucker) at Hamilton Work Release approved the disciplinary and sanctions provided by the State Actor (Clement Sink) on February 07, 2017 in the space provided for the State Actor (Scarlotte Robinson).

On February 09, 2017, I submitted a inmate request slip to the State Actor (Scarlotte Robinson) in reference to the State Actor (Terry Tucker) approving the disciplinary provided by the State Actors (Nathan Hosch) and (Clement Sink) and informed to write by the State Actor (Terry Sweeny) and the State Actor (Scarlotte Robinson) agreed with the above-named parties.

(1)

On March 22, 2017, the State Actors (William Morrison), (Scotty Shaffer) and (Joshua Lynn) came to my place of employment King Kutter in Winfield, Alabama and confiscated $96.25 U.S. Currency, 10 envelopes addressed to Redstone Federal Credit Union, a empty cellphone box, a big manila envelope addressed to my sister (Nearine Holt) and a cellphone from some location inside King Kutter in Winfield, Alabama.

On March 22, 2017, I was placed handcuffs on at King Kutter in Winfield, Alabama by the State Actor (Joshua Lynn) and placed on a transport van and transported back to Hamilton, Alabama.

On March 22, 2017, the State Actor (William Morrison) wrote me 1 behavior citation under Rule #317 from the Administrative Regulation #403 and 2 disciplinaries from the Administrative Regulation #403 for Rule #516 and Rule #528.

On March 22, 2017, the State Actor (Timothy Smith) at Hamilton Work Release recommended sanctions on the behavior citation provided by the State Actor (William Morrison) on March 22, 2017.

On March 23, 2017, the State Actor (Gwendolyn Givens) at Hamilton Aged and Infirmed Facility approved the citation and sanctions recommended by the State Actor (Timothy Smith) on March 22, 2017.

On March 28, 2017, the State Actor (James Lovett) at Hamilton Aged and Infirmed Facility found me guilty of the disciplinary under Rule #528 from the Administrative Regulation #403 that was written by the State Actor (William Morrison) on March 22, 2017.

On March 29, 2017, the State Actor (Gwendolyn Givens) at Hamilton Aged and Infirmed Facility approved the disciplinary and sanctions under Rule #528 from the Administrative Regulation #403 that was recommended by the State Actor (James Lovett) on March 28, 2017 and written by the State Actor (William Morrison) on March 22, 2017.

On March 29, 2017, the State Actor (James Lovett) at Hamilton Aged and Infirmed Facility found me guilty of the disciplinary under Rule #516 from the Administrative Regulation #403 that was written by the State Actor (William Morrison) on March 22, 2017.

On March 29, 2017, the State Actor (Gwendolyn Givens) at Hamilton Aged and Infirmed Facility approved the disciplinary and sanctions under Rule #516 from the Administrative Regulation #403 that was recommended by the State Actor (James Lovett) on March 29, 2017 and written by the State Actor (William Morrison) on March 22, 2017.

On April 04, 2017, the State Actor (Holly Fox) at Hamilton Aged and Infirmed Facility recommended that my custody be upgraded from Work Release Security Level I to Medium Security Level IV and the State Actor (Gwendolyn Givens) on April 04, 2017 agreed with the State Actor (Holly Fox) that my custody should be upgraded.

On November 16, 2015 -thru- April 04, 2017, the State Actors (Michael Hicks) (Denour Oden) (Ronald Carter) (Karen Carter) (Nathan Hosch) (Clement Sink) (Terry Sweeny) (Terry Tucker) (Scarlotte Robinson) (William Morrison) (Scotty Shaffer) (Joshua Lynn) (Timothy Smith) (Gwendolyn Givens) (James Lovett) and (Holly Fox) actions against me were committed willfully, wantonly, intentionally, maliciously, deliberately, negligently, wrongfully, in bad faith, recklessly and beyond their authority with conscious disregard for the legal rights,

(2)

of me, and they must be held liable in their individual capacity.

I was placed in the Segregation Unit on March 22, 2017 at Hamilton Aged & Infirmed Facility and on March 23, 2017, I was imposed the sanctions of Extra Duty for 30 days at 2 hours per day under supervision any shift, Loss of Telephone privileges for 30 days, as of 03/23/2017, and loss of Visiting privileges for 30 days, as of 03/23/2017 recommended by the State Actor (Timothy Smith) and approved by the State Actor (Gwendolyn Givens), for the behavior citation under Rule #317 from the Administrative Regulation #403 according to Disc# HCBF-17-00225-2.

On March 29, 2017, at Hamilton Aged & Infirmed Facility while already in the Segregation Unit, I was imposed the sanctions of Extra Duty for 45 days at 3 hours per day under supervision any shift, as of 04/22/2017, Loss of Canteen privileges for 45 days, as of 03/29/2017, Loss of Telephone privileges for 45 days, as of 04/22/2017, Loss of Visiting privileges for 180 days, as of 04/22/2017, Disciplinary Seg for 30 days, Recommend Custody Review and Financial Compensation #25.00 recommended by the State Actor (James Lovett) and approved by the State Actor (Gwendolyn Givens) for the disciplinary under Rule #528 from the Administrative Regulation #403 according to Disc# HCBF-17-00225-1.

On March 29, 2017, at Hamilton Aged & Infirmed Facility while already in the Segregation Unit, I was imposed the sanctions of Extra Duty for 45 days at 3 hours per day under supervision any shift, as of 06/06/2017, Loss of Canteen privileges for 30 days, as of 05/13/2017, Loss of Telephone privileges for 30 days, as of 06/06/2017, Loss of Visiting privileges for 30 days, as of 10/19/2017, Disciplinary Seg for 30 days and Recommend Custody Review recommended by the State Actor (James Lovett) and approved by the State Actor (Gwendolyn Givens) for the disciplinary under Rule #516 from the Administrative Regulation #403 according to Disc# HCBF-17-00225-3.

There has been a deliberate indifference between me and other inmates with disciplinaries transferred from Hamilton Work Release to Hamilton Aged & Infirmed Facility due to all inmates with disciplinaries has not been placed in the Segregation Unit. Numerous of inmates transferred from Hamilton Work Release to Hamilton Aged & Infirmed Facility were charged with major violations under the Rule(s) #927 or #928 from the Administrative Regulation #403 and I was charged with a low level violation under Rule #317 from the Administrative Regulation #403 and two medium level violations under Rule #516 and Rule #528 from the Administrative Regulation #403 and I was placed in the Segregation Unit at Hamilton Aged & Infirmed Facility for being charged with a low level violation and two medium level violations and inmates with major

(3)

Violations under the Administrative Regulation #403 are placed directly into the population inmates.

On March 22, 2017, William Morrison committed a theft of property against me when he removed the Black Alcatel Onetouch IMEI #014802001023715 AT&T Touch Screen to go phone from King Kutter in Winfield, Alabama and transported the cellphone to Hamilton Work Release in Hamilton, Alabama that I never provided him permission to remove the cellphone from my place of employment in Winfield, Alabama.

This is true and accurate information to the best of my knowledge that I will testify to in any Court of law.

<div style="text-align: right;">
Joe Daniel Holt, Jr.
Joe Holt / 240463 / B4-14B
Bibb County Correctional Facility
565 Bibb LN.
Brent, AL. 35034
</div>

State of Alabama    County of Centreville

Sworn and subscribed to before me this 17th day of April, 2017.

Terry Wilson    8-9-2017
Notary Public    My Commission Expires

(4)

Case 7:17-cv-00678-AKK-JEO  Document 1  Filed 04/27/17  Page 18 of 18



Joe Hott #249463 / B4-14B
Bibb County Correctional Facility
565 Bibb Ln
Brent, AL 35034

Montgomery PM DC
TUE 25 APR 2017

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
APR 27 2017
SECURITY

Office of Clerk
United States District Court
Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 - 5th Avenue North
Birmingham, AL 35203-2037